UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWAY INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAIR LEADER, LLC, a Georgia limited liability company, dba Karahair,<br><br>Defendant. | CASE NO.  CV12-7085-JAK-AJW<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION<br><br>JS-6 |

Upon stipulation of the parties and with good cause appearing, the Court hereby finds as follows:

1. Midway International, Inc.("Plaintiff") filed a Complaint in the United States District Court for the Central District of California against Hair Leader, LLC dba Karahair ("Defendant") on August 1, 2012.

2. Plaintiff asserted claims against Defendant for trademark infringement, unfair competition and false designation of origin, trademark dilution, state unfair competition, intentional misrepresentation, and false promise (the "Claims").

1

**CASE NO.  CV12-7085-JAK-AJW**

3. This Court has jurisdiction over the parties, and over all of Plaintiff's Claims, pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1367, and 1338; venue is proper in this Court, pursuant to 28 U.S.C. § 1391; and the Parties have waived any objection to jurisdiction or venue.

4. Plaintiff is the owner of the following federally registered trademarks, as used with hair products and accessories (collectively, "Plaintiff's Marks"):

| Mark | Reg. No. |
|---|---|
| INDI (stylized) | 3,705,206 |
| INDIREMI (word only) | 3,798,583 |
| INDIREMI (stylized) | 3,489,953 |
| BOBBI BOSS (double-B design) | 3,361,498 |

5. In or around July 2011, Defendant began using the mark INDI BLUE on and in connection with hair products and accessories, both as a word mark and in the following form (collectively, the "INDI BLUE Mark"):



6. Defendant also adopted and used a mark incorporating a mirrored double "B" ("Defendant's Double B Mark") with its hair products and accessories, as shown below:



1  7.  In November 2011, Plaintiff objected to Defendant's use of the INDI
2  BLUE Mark and Defendant's Double B Mark.
3  8.  In response to Plaintiff's objections, in November 2011, Defendant
4  represented to Plaintiff that Defendant already had ceased use of Defendant's
5  Double B Mark, and Defendant agreed to cease all use of the INDI BLUE Mark.
6  9.  After November 2011, Defendant continued to use the INDI BLUE
7  Mark and filed an application (Ser. No. 85473126) to register the mark INDI BLUE
8  with the U.S. Patent and Trademark Office.
9  Therefore, upon stipulation of the parties, and good cause appearing, IT IS
10 HEREBY ORDERED AND ADJUDGED as follows:
11 10.  Judgment shall be, and hereby is, entered in favor of Plaintiff and
12 against Defendant on all of the Claims.
13 11.  Defendant and all those acting in concert with Defendant are hereby
14 immediately and permanently enjoined from using and from registering the INDI
15 BLUE Mark, any mark incorporating INDI, Defendant's Double B Mark, any mark
16 containing a mirrored double "B" element or any similar element, and any other
17 mark likely to cause confusion with or to dilute Plaintiff's Marks, in connection with
18 hair products or accessories.
19 12.  Defendant shall either remove the INDI BLUE Mark and Defendant's
20 Double B Mark from any remaining inventory or otherwise destroy such inventory.
21 Defendant shall not offer or sell any remaining inventory of products bearing the INDI
22 BLUE Mark or Defendant's Double B Mark unless and until removes such marks from
23 any products, packaging, and other materials associated with such products.
24 13.  Defendant shall provide notice of this Final Judgment and Permanent
25 Injunction to those who, at Defendant's direction or request, have manufactured
26 Defendant's products bearing the INDI BLUE Marks or Defendant's Double B Marks.
27
28

1    14.    Except as provided for in the parties' Settlement Agreement, Plaintiff shall not be awarded monetary damages against Defendant, and each party shall bear its own attorneys' fees and costs.

4    15.    Each party has acknowledged and submits to the jurisdiction of this Court with respect to the interpretation, enforcement, or modification of this Final Judgment and Permanent Injunction, as well as the Parties' Settlement Agreement.

7    16.    Defendant has stipulated and agreed to entry of this Final Judgment and Permanent Injunction freely and without coercion.

9    17.    Defendant has acknowledged that it has read the provisions of this Final Judgment and Permanent Injunction and is prepared to abide by them.

11    18.    The parties have stipulated that this Final Judgment and Permanent Injunction is not an admission of any intentional wrongdoing.

Dated this 19th day of October, 2012

_____
The Honorable John A. Kronstadt
United States District Court Judge